John J. Cusick v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Amando Bodenheim v. The City of New York, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John A. Connolly v. William C. Osborn. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Frank Gioeli, an Infant, etc., v. Swift & Company, Inc.— Motion to dismiss appeal denied. See memorandum. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Katherine F. Lindemann v. Johanna Von Meyer.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis. JJ.

Lillian Stimel v. Alfred Fantl.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ,

In the Matter of Elizabeth Connell, Deceased.— Motions to dismiss appeals denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Agnes K. Mulligan v. Pasquale J. Lamberti and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York v. Philip A. Fox.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York v. Sigmund Fox.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John V. Coggey, as Receiver, etc., v. Jesse Watson.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

William G. Cameron v. Bernard Levin.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Mervyn Wolff v. Noel Jourda De Vaux and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John F. McKeon v. Amoskeag Manufacturing Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.